STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Mark McMahon Judson
Southwest La. Law Center, Inc.
1011 Lakeshore Dr., Ste 402
Lake Charles LA 70601

**REHEARING ACTION: March 2, 2016**

**Docket Number: 15   00319-CA**

**JAMES GARY GOBERT**
**VERSUS**
**DERRICK E. HALEY, ET UX.**

**Appealed from Calcasieu Parish Case No. 15-672**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. James T. Genovese**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Derrick & Linda Haley** has this day been

> **DENIED.**
> Cooks, J., would grant the rehearing.

cc: Marshall Joseph Simien, Jr., Counsel for the Appellee